IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY BRASSILL,**<br>          **Plaintiff,**<br><br>     v.<br><br>**DAIMLERCHRYSLER CORPORATION,** et al.,<br>          **Defendants.** | **CIVIL ACTION NO. 02-4413** |

# O R D E R

**AND NOW**, this 10th day of July, 2002, it is hereby **ORDERED** that counsel shall report to the court by a single jointly signed submission stating their respective positions regarding the status of the above captioned matter by **September 10, 2002**.  Counsel are requested to discuss settlement with each other and their respective clients before reporting to the court.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**